**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **ALI ALI-BEY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )   **Case No. CIV-24-828-G** |
| | ) |
| **CITY OF MIDWEST CITY** | ) |
| **et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## <u>ORDER</u>

In August of 2024, Plaintiff Ali Ali-Bey initiated this case through the filing of a pro se civil rights Complaint (Doc. No. 1).  On August 12, 2025, the Court dismissed this matter and entered judgment.  *See* Order of Aug. 12, 2025 (Doc. No. 13); J. (Doc. No. 14). Plaintiff filed a motion for reconsideration, asking that the Court's Judgment be set aside to allow Petitioner to again seek relief in this case via an attached amended complaint.  The Court denied that motion.  *See* Order of Mar. 11, 2026 (Doc. No. 20).

Now before the Court is a document titled "Amended Complaint" (Doc. No. 21) filed by Plaintiff on March 23, 2026.  Because this case has been dismissed and judgment entered, however, there is no pending "pleading" for which Plaintiff can seek amendment. Fed. R. Civ. P. 15(a); *see also Stine v. Wiley*, No. 06-cv-02105, 2010 WL 3516634, at *1 (D. Colo. Aug. 10, 2010) (R. & R.) (explaining that a dismissal without prejudice allows a plaintiff, if appropriate, to "file a new case addressing the issues raised in prior dismissed case" but not to "reopen" the dismissed case), *adopted*, 2010 WL 3516628 (D. Colo. Sept. 1, 2010).

IT IS THEREFORE ORDERED that Doc. No. 21 is STRICKEN from the case record.

IT IS SO ORDERED this 3rd day of April, 2026.

_____
CHARLES B. GOODWIN
United States District Judge

2