**UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **ALI ALI-BEY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-24-828-G** |
| | ) | |
| **CITY OF MIDWEST CITY et al.,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

In August of 2024, Plaintiff Ali Ali-Bey initiated this case through the filing of a pro se civil rights complaint. On August 12, 2025, the Court dismissed this matter and entered judgment. *See* Order of Aug. 12, 2025 (Doc. No. 13); J. (Doc. No. 14). Plaintiff filed a motion for reconsideration, asking that the Court's Judgment be set aside; the Court denied that motion. *See* Order of Mar. 11, 2026 (Doc. No. 20).

Now before the Court is Plaintiff's Motion (Doc. No. 23), filed September 18, 2026, seeking the issuance of summons and leave to serve the defendants who were named in this lawsuit. Because this case has been dismissed and judgment entered, however, there is no pleading or pending action for which summons and service are required. *See* Fed. R. Civ. P. 4(c)(1), 5(a)(1); *see also* Order of Apr. 3, 2026 (Doc. No. 22); *Stine v. Wiley*, No. 06-cv-02105, 2010 WL 3516634, at *1 (D. Colo. Aug. 10, 2010) (R. & R.), *adopted*, 2010 WL 3516628 (D. Colo. Sept. 1, 2010).

IT IS THEREFORE ORDERED that Plaintiff's Motion (Doc. No. 23) is DENIED.

IT IS SO ORDERED this 19th day of October, 2026.

CHARLES B. GOODWIN
United States District Judge